IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROLANDIS CHATMON**                                                            **PLAINTIFF**
ADC #140078

v.                      **CASE NO. 4:23-CV-00019-BSM**

**JAMES GIBSON,** *et al.*                                          **DEFENDANTS**

## ORDER

Rolandis Chatmon has not paid the $402 filing fee as directed, and the time to do so has expired. *See* Doc. No. 6. Accordingly, his complaint is dismissed without prejudice for failure to prosecute. An *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 22nd day of March, 2023.

                                                       /s/ Brian S. Miller
                                                       UNITED STATES DISTRICT JUDGE