IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROLANDIS CHATMON** **PLAINTIFF**
ADC #140078

v. CASE NO. 4:23-CV-00019-BSM

**JAMES GIBSON,** *et al.* **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 22nd day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE